IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY )<br>)<br>)<br>  Plaintiff )<br>)<br>v. )<br>)<br>)<br>DONNA COOPER, CURTIS COOPER, and )<br>HERITAGE MEMORIAL FUNDING LLC )<br>)<br>  Defendants ) | CIVIL ACTION<br>FILE NO.4:20-CV-00237-WTM-CLR |

**CONSENT ORDER**

The Court, having considered Plaintiff Metropolitan Life Insurance Company's amended consent motion for discharge and dismissal from this action with prejudice, and finding good cause, hereby **GRANTS** the motion and **ORDERS** the following:

1. Metropolitan Life Insurance Company ("MetLife"), Military Benefit Association, and the employee welfare benefit plan funded by Group Term Life Insurance Policy No. 149107-G, are hereby released and discharged from all claims, causes of action, and other liability related to the payment of insurance benefits, plus any applicable interest, under Group Term Life Insurance Policy No. 149107-1-G, issued by MetLife to Military Benefit association, as a consequence of the death of James Cooper, Jr.;

2. Metropolitan Life Insurance Company is hereby dismissed from this action with prejudice.

SO ORDERED, this 18th day of FEBRUARY, 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE