IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY<br><br>Plaintiff<br><br>v.<br><br>DONNA COOPER, CURTIS COOPER, and HERITAGE MEMORIAL FUNDING LLC<br><br>Defendants | CIVIL ACTION<br><br>FILE NO. 4:20-CV-00237-WTM-CLR |

## AMENDED CONSENT ORDER DISMISSING HERITAGE MEMORIAL FUNDING, LLC AND ITS COUNTERCLAIMS

The Court having reviewed Defendant Heritage Memorial Funding, LLC's Amended Motion to Dismiss Heritage Memorial Funding, LLC and its Counterclaims, finding that all parties consent to the entry of this Amended Consent Order, and finding good cause, hereby **GRANTS** the motion.

**IT IS ORDERED** that Defendant Heritage Memorial Funding, LLC is dismissed from this action **with prejudice.**

**IT IS FURTHER ORDERED** that Defendant Heritage Memorial Funding, LLC's counterclaims against Plaintiff Metropolitan Life Insurance Company are dismissed **with prejudice.**

**IT IS FURTHER ORDERED** that Plaintiff, all other parties, and Military Benefit Association are discharged from any further liability to Heritage Memorial Funding, LLC in connection with (a) benefits payable due to the death of James Cooper, Jr. under a Group Term Life Insurance Policy No. 149107-1-G ("the Group Policy") issued by Plaintiff to Military Benefit Association, (b) the Interpleader funds, and (c) the assignment of life insurance benefits from Defendant Donna Cooper ("the Assignment").

**SO ORDERED** this 18th day of February, 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE